1  MELINDA HAAG (CABN 132612)
   United States Attorney
2
3  J. DOUGLAS WILSON (DCBN 412811)
   Chief, Criminal Division
4  THOMAS E. STEVENS (CABN 168362)
   Assistant United States Attorney
5       1301 Clay Street, Suite 340S
        Oakland, California 94612
6       Telephone: (510) 637-3680
        FAX: (510) 637-3724
7       Thomas.Stevens@usdoj.gov

8  Attorneys for United States of America

FILED

2014 JUN -5 A 9 31

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,  )<br>  )<br>    Plaintiff,  )<br>  )<br>    v.  )<br>  )<br>AMIN MOHAMED AHMED,  )<br>  )<br>    Defendant.  )<br>  ) | NO. 4-01-0030-WDB<br><br>NOTICE OF DISMISSAL |

   With leave of the Court, and pursuant to Federal Rule of Criminal Procedure 48(a), the United States Attorney for the Northern District of California dismisses the above-captioned criminal complaint and moves that the Court quash the arrest warrant issued in connection with the criminal complaint in this case.

DATED: June 4, 2014                    Respectfully submitted,

                                       MELINDA HAAG
                                       United States Attorney

                                       _____
                                       THOMAS E. STEVENS
                                       Assistant United States Attorney

NOTICE OF DISMISSAL (4-01-0030 WDB)

**ORDER**

Based upon the motion of the United States, IT IS HEREBY ORDERED that leave is granted to the United States to dismiss the criminal complaint in case number 4-01-0030 WDB. It is further ordered that the arrest warrant issued in connection with that indictment is quashed.

DATED: June 4, 2014

KANDIS A. WESTMORE
UNITED STATES MAGISTRATE JUDGE